IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JUNIOR BINKARD                                                                                                  PLAINTIFF

V.                                                                                       CIVIL ACTION NO. 1:20-CV-57-SA-RP

C R BARD INCORPORATED, and
BARD PERIPHERAL VASCULAR INCORPORATED                                       DEFENDANTS

ORDER DISMISSING ACTION BY REASON OF SETTLEMENT

The Court was advised that the parties stipulated to a dismissal *without prejudice*. *See* Stipulation of Dismissal [17]. Therefore, it is not necessary that the action remain on the calendar of the Court.

IT IS ORDERED that this action be DISMISSED *without prejudice*. The Court retains complete jurisdiction to vacate this order and reopen the action upon cause shown that the settlement has not been completed and further litigation is necessary.

This the 28th day of April, 2020.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE